# Exhibit 5

**LAKEVIEW LOAN SERVICING, LLC**

&lt;&lt;Date&gt;&gt; (Format: Month Day, Year)

&lt;&lt;first_name&gt;&gt; &lt;&lt;middle_name&gt;&gt; &lt;&lt;last_name&gt;&gt; &lt;&lt;suffix&gt;&gt;
&lt;&lt;address_1&gt;&gt;
&lt;&lt;address_2&gt;&gt;
&lt;&lt;city&gt;&gt;, &lt;&lt;state_province&gt;&gt; &lt;&lt;postal_code&gt;&gt;
&lt;&lt;country&gt;&gt;

Dear &lt;&lt;first_name&gt;&gt; &lt;&lt;middle_name&gt;&gt; &lt;&lt;last_name&gt;&gt; &lt;&lt;suffix&gt;&gt;,

Lakeview Loan Servicing, LLC ("Lakeview") understands the importance of protecting the information we maintain. We are writing to inform you of an incident that involved some of your information. This notice explains the incident, measures we have taken, and steps that you may consider taking.

Lakeview owns the servicing rights to your mortgage loan. A security incident involving unauthorized access to our file servers was identified in early December 2021. Steps were immediately taken to contain the incident, notify law enforcement, and a forensic investigation firm was engaged. The investigation determined that an unauthorized person obtained access to files on our file storage servers from October 27, 2021 to December 7, 2021. The accessed files were then reviewed by our investigation team to identify the content. On January 31, 2022, the review process generated a preliminary list of individuals, including you, whose name, address, loan number, and Social Security number were included in the files. We then took extensive measures to review that list to ensure accuracy and prepare the list to be used to mail notification letters. For some, the accessed files may also have included information provided in connection with a loan application, loan modification, or other items regarding loan servicing. The additional loan related information in the files is not the same for all individuals.

We wanted to notify you of this incident and assure you that we take it seriously. We engaged Kroll, a third party with monitoring expertise, to provide identity monitoring services at no cost to you for one year. The identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

> Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
> You have until **&lt;&lt;b2b_text_6(activation deadline)&gt;&gt;** to activate your identity monitoring services.
> Membership Number: **&lt;&lt;Membership Number s_n&gt;&gt;**

For more information on your complimentary one-year membership, as well as additional steps you can take in response to the incident, please see the additional information provided in this letter and visit info.krollmonitoring.com.

We regret that this incident occurred and apologize for any inconvenience. Additional steps are being taken to further enhance our existing security measures. If you have questions about this notice, please call (855) 541-3564 from 8:00 a.m. – 5:30 p.m. Central Time, Monday through Friday (excluding major US holidays).

Sincerely,

*Judith Tribble*

Judith Tribble
SVP, Chief Compliance Officer
Lakeview Loan Servicing, LLC